No. F13-25625-X

In The

Court of Criminal Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

Gerry King

V.

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

From Appeal No. 05-14-01138-cr

Trial Cause No. F13-25625-X

First motion For Extension of time to File

Petition For Discretionary Review

To the Honorable Judges of the Court of criminal Appeals:

Comes now, Gerry Lee King Jr, Petitioner, and Files this motion for an extension of sixty 60 day in which to File a Petition for Discretionary Review. In Support of this motion, Apellant shows the court the following

## I.

The petitioner was convicted in the No.6 District court of Dallas county, Texas of the offense of Aggravated Assault in Cause No. F13-25625-X, Styled State of Texas vs. Gerry King. The Petitioner appealed to the court of appeals, Fifth supreme Judicial District. The case was affirmed on October 27, 2015.

## II.

This present deadline for filing the Petition for Discretionary Review is November 27, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until October 29, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal Michael Mowla, has informed Petitioner that ~~has~~ he will not represent him on the petition for Discretionary Review ~~accessed~~.

Wherefore, Petitioner prays this court grant this motion and extend the deadline for filing the petition for discretionary review in case No. F13-25625 to January 16, 2016.

Gerry King
Texas Department of criminal ~~Lindsey~~ Justice
Lindsey Unit
1949334
Jacksboro, Texas 76458

Certificate of service

I certify that a true and correct copy of the above and foregoing First motion for Extension of time to file Petition for Discretionary Review, has been forwarded by U.S. mail, postage prepaid, first class, to the Attorney for State of ~~Texas~~ at _____ , and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 9th day of November 2015.

I Gerry King Sr, 1949334, being presently incarcerated in the Lindsey unit of the texas Department of criminal Justice in Jacksboro County Texas, verify and declare under penalty of perjury that the foregoing statement are true and correct. Executed on this the 9th day of November, 2015.

Gerry King #1949334